cember 2, 1910.) Action by Jacob J. Friedman against the James F. Scholes Company.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that at the time of the injury to plaintiff Kroger must be deemed to be the servant of the American Sugar Refining Company, and not of defendant. Baldwin v. Abraham, 57 App. Div. 67, 67 N. Y. Supp. 1079, affirmed 171 N. Y. 677, 64 N. E. 1118; Howard v. Ludwig, 57 App. Div. 94, 67 N. Y. Supp. 1095, affirmed 171 N. Y. 507, 64 N. E. 172; Kellogg v. Church Charity Foundation, 128 App. Div. 214, 112 N. Y. Supp. 566; McCarthy v. McCabe, 131 App. Div. 396, 115 N. Y. Supp. 829; Muldoon v. City Fireproofing Co., 134 App. Div. 453, 456, 119 N. Y. Supp. 320; Kellogg v. Church Charity Foundation, 135 App. Div. 839, 120 N. Y. Supp. 406.

GADEMERE, Respondent, v. WALTER, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by John L. Gademere against William Walter. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

GALLAGHER, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Loretta Irene Gallagher, as executrix, etc., against the Long Island Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

HIRSCHBERG, P. J., and CARR, J., dissent, on the ground that the proof offered to show the extent and condition of the traffic at the crossing should have been received.

GALLAGHER, Appellant, v. WALSH-KAHL CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 23, 1910.) Action by Richard Gallagher against the Walsh-Kahl Construction Company. No opinion. Judgment modified, by striking therefrom the words "upon the merits," and, as so modified, judgment and order unanimously affirmed, without costs to either party.

GASKELL, Respondent, v. NOLTE, Appellant. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Action by Robert E. Gaskell against Charles H. Nolte. H. Elfers, for appellant. U. W. Tompkins, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 138 App. Div. 875, 123 N. Y. Supp. 442.

GILLEN, Respondent, v. KINNE LAUNDRY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Charles Gillen against the Kinne Laundry Company. No opinion. Judgment affirmed, with costs.

GLENNON, Respondent, v. STAR CO., Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1910.) Action by Michael Glennon, as administrator, etc., against the Star Company. C. J. Shearn, for appellant. H. C. Smith, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 130 App. Div. 491, 114 N. Y. Supp. 1044.

GOLDSTEIN v. KAMINSKY. (Supreme Court, Appellate Term. January 5, 1911.) Appeal from Municipal Court, Borough of Manhattan, Sixth District. Action by Samuel Goldstein against Abraham Kaminsky. Judgment of dismissal, and plaintiff appeals. Reversed, and new trial ordered. Isidore Klatzkie, for appellant.

BRADY, J. This action was brought for conversion of a trunk and personal wearing apparel, etc., belonging to plaintiff. On close of plaintiff's evidence the complaint was dismissed. The testimony offered by plaintiff was sufficient to prove a prima facie case, and the complaint should not have been dismissed. Judgment reversed, and new trial ordered, with costs to appellant to abide the event. All concur.

GOLDZIER, Respondent, v. FOERST et al., Appellants. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Charles Goldzier, as receiver, against Joseph Foerst and others. J. Hirschman, for appellants. C. Goldzier, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOTTS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 30, 1910.) Action by Albert G. Gotts, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with costs.

In re GRAY. (Supreme Court, Appellate Division, First Department. December 9, 1910.) In the matter of T. B. S. Gray. With this case has been consolidated in this court cases bearing titles as follows: In re Mott Haven Co.; In re W. W. Astor; In re E. C. Hainsburg; In re E. A. Morrison; In re E. E. De Vinne; In re M. Geisxler. No opinions. Motions granted. Time extended one year. Settle orders on notice. See, also, 116 App. Div. 916, 101 N. Y. Supp. 1123; 122 App. Div. 920, 107 N. Y. Supp. 1128; 129 App. Div. 908, 114 N. Y. Supp. 1128; 135 App. Div. 918, 120 N. Y. Supp. 1126.

GREEN et al., Respondents, v. HORN, Appellant. (Supreme Court, Appellate Division, Third Department. January 19, 1911.) Action by James Green and others against Charles F. W. Horn. No opinion. Motion denied. See, also, 126 N. Y. Supp. 486.

GRIFFIN, Respondent, v. BRADY, Appellant. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Action by George W. Griffin against Daniel M. Brady. J. J. Adams, for appellant. J. E. O'Brien, for respondent. No opinion. Judg-